UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| LEONARDO CLEMENTE-BERNABE, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. CV616-013<br>CR610-032 |

## ORDER

Leonardo Clemente-Bernabe pled guilty to illegally reentering this country after deportation. Doc. 31 (plea agreement); doc. 29 (judgment).[1] As explained in the denial of his first § 2255 motion, he waived both his right to a direct appeal and to collateral review. Doc. 42 at 5, *adopted*, doc. 46; *see also* doc. 52 (Order dismissing his motion to supplement that § 2255 motion); doc. 53 (Certificate of Appealability motion denied); doc. 65 (Order denying "yet another filing in his apparent quest to exhaust every avenue imaginable to attack his

---

[1] All citations are to the criminal docket unless otherwise noted and all page numbers are those imprinted by the Court's docketing software.

conviction and sentence"). Raising a *Johnson* claim,[2] he again moves for 28 U.S.C. § 2255 relief. Doc. 77 at 4, 11, 13-29.

The Magistrate Judge recommends that the Court grant the Government's motion to dismiss on successiveness grounds. Doc. 82. The Government correctly points out (doc. 81 at 2-3) that Clemente-Bernabe must knock on the Eleventh Circuit's door before coming here. *See* 28 U.S.C. § 2255(h) (prohibiting second or successive motions unless first certified by the Court of Appeals to contain newly discovered, acquittal mandating, evidence, or a new rule of constitutional law, made retroactive by the Supreme Court). And even though *Welch v. United States*, ___ U.S. ___, 2016 WL 1551144 (Apr. 18, 2016) has since made *Johnson* retroactive, thus authorizing certification of successive motions under § 2244(b)(2)(A) and § 2255(h), *In re Robinson*, ___ F.3d ___, 2016 WL 1583616 at *2 (11th Cir. April 19, 2016), that still does not excuse movant from knocking on the wrong (this Court's) door.

Hence, Clemente-Bernabe objections are **OVERRULED**, the Report and Recommendation of the Magistrate Judge (doc. 82) is

---

[2] *See Johnson v. United States*, ___ U.S. ___, 135 S. Ct. 2551, 2557-58 (2015) (sentencing enhancements imposed under the Armed Career Criminal Act's residual clause violate due process).

2

**ADOPTED** as the opinion of the Court, and the Government's Motion to Dismiss (doc. 81) is therefore **GRANTED**. But given the timing issue noted by the *Robinson* concurrence, 2016 WL 1583616 at * 2 (a June 26, 2016 deadline looms for the those who seek to invoke *Johnson*), the Clerk is **DIRECTED** to transfer this case directly to the Eleventh Circuit Court of Appeals, where movant will be free to seek leave to file a successive § 2255 motion.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of April, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

3